In re Steven Gregory BAMMER, Debtor.

James M. MURRAY, Appellant,

v.

Steven Gregory BAMMER, Appellee.

No. 95–16310.

United States Court of Appeals,
Ninth Circuit

Aug. 8, 1997.

Before: HUG, Chief Judge.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

■

UNITED STATES of America; Leslie M. Nishimura, Revenue Agent of the Internal Revenue Service, Plaintiffs–Appellants,

v.

Laddie F. JOSE, Trustee of Jose Business Trust and Jose Family Trust, Defendant–Appellee.

No. 93–17028.

United States Court of Appeals,
Ninth Circuit.

Aug. 8, 1997.

Before: HUG, Chief Judge.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.